**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARWANA ANWAR,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF SAN DIEGO, MATTHEW KOERBER and DOES 1-20,<br><br>            Defendants. | Case No. 07cv1262-JM (RBB)<br><br>**ORDER EXTENDING DATE FOR COMPLETION OF DISCOVERY** |

Good cause appearing, the parties' Joint Motion For Extension of Date for Completion of Discovery is hereby granted.  IT IS HEREBY ORDERED that the date by which all discovery must be completed in this action shall be extended to June 24, 2008. All other dates remain as previously set.

    IT IS SO ORDERED.

Dated:  February 28, 2008

                                    _____
                                    RUBEN B. BROOKS
                                    United States Magistrate Judge