UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARWANA ANWAR,, ) | Case No.: 07cv1262 JM (RBB) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RE JOINT MOTION** |
| v. ) | **FOR DISMISSAL** |
| ) | |
| CITY OF SAN DIEGO, MATTHEW ) | |
| KOERBER, AND DOES 1-20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This Court, having reviewed the matter as stated above and finding good cause therefor, orders this matter dismissed in its entirety, with prejudice, in accordance with the terms set forth, and the Clerk of the Court is requested to enter this dismissal in the official docket.

IT IS SO ORDERED.

DATED: August 6, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge